AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A WHITE IPHONE WITH TWO CAMERA LENSES AND<br>A CRACKED BACK WITH  NO IDENTIFYING NUMBERS<br>RECOVERED  FROM TARRIN LANG'S BACKPACK | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 23-mj-08204-TJJ |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

a white Apple I-Phone with two camera lenses and a cracked back with no identifying numbers belonging to Tarrin LANG recovered from his backpack during the execution of an arrest warrant. The Target Telephone is currently in the possession of the Overland Park Police Department in Overland Park, Kansas.

located in the _____ District of _____ Kansas _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1), 21 USC 843(b), 18 USC 922(o), 18 USC 924(c)(1)(A)(i) | use of a communication facility to facilitate a controlled substance offense; knowing possession of a machinegun,  possession of a firearm in furtherance of a drug trafficking crime |

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

JOSHUA TEMPLE
c=US, o=U.S. Government, ou=Dept of Justice, ou=ATF,
cn=JOSHUA TEMPLE, 0.9.2342.19200300.100.1.1=15001003930086
2023.10.03 12:57:32 -05'00'

Specail Agent Johsua Temple

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ by telephone _____ *(specify reliable electronic means)*.

Date: October 4, 2023

*Judge's signature*

City and state:  Kansas City, Kansas

Hon. Teresa J. James

*Printed name and title*

**ATTACHMENT A**

All records, data and information on the listed cellular telephone **(Target Telephone)** described in the Application and Affidavit related to violations of federal law, including, but not limited to: distribution of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1); use of a communication facility to facilitate a controlled substance offense, in violation of Title 21, United States Code, Section 843(b); knowing possession of a machinegun, in violation of Title 18, United States Code, Section 922(o); possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).  Probable cause exists to believe the information and items listed below will be found secreted in the **Target Telephone**.

a.       Contact information, incoming and outgoing call information, pictures, videos, stored voicemail and text messages.

b.       Any information related to selling or purchasing firearms (including names, addresses, phone numbers, or any other identifying information).

c.       Device ownership and user information, including evidence of user attribution showing who used or owned the **Target Telephone** at the time the things described in the warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

d.       Photographs, images, and videos of firearm trafficking activity, associates, instrumentalities or proceeds of firearms sales; including stored information related to the date, time, user and owner of the device, and location of the image generation.

e.       Any geotagging information such as the camera's date and time clock, make and model, serial number, and location of photographs and videos determined by the camera's Global Positioning System receiver or geotagging tool. Including any identification information related to the use and ownership of the devices.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.